UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Troy Nicholas Ferrell**　　　　　　　　　　　　　　　　　Docket No. 4:25-CR-4-1D

### Petition for Action on Supervised Release

COMES NOW Andrew B. Medley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Troy Nicholas Ferrell, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 924(g)(1) and 924(a)(8), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on September 18, 2025, to the custody of the Bureau of Prisons for a term of 12 months and 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Troy Nicholas Ferrell was released from custody on November 11, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 20, 2025, the defendant tested positive for amphetamines, methamphetamines, and marijuana. He admitted to using these substances prior to the start of his supervision term. He was referred to Straight Walk Family Services for substance abuse and mental health treatment.

On December 4, 2025, the defendant submitted a urinalysis sample that tested positive for amphetamines, methamphetamines, and marijuana. The defendant signed a written form admitting to use.

On January 19, 2026, the defendant submitted a urinalysis sample that tested positive for amphetamines, methamphetamines and marijuana. The defendant signed a written form admitting to use.

The undersigned United States Probation Officer has verbally reprimanded the defendant for his non-compliance as outlined above. The defendant is engaged in outpatient substance abuse and mental health treatment at Straight Walk Family Services, although not motivated to seek sobriety or engage in intensive services. As a sanction for the violation conduct, is recommended that his conditions of supervised release be amended to include a curfew with location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Troy Nicholas Ferrell
Docket No. 4:25-CR-4-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Andrew B. Medley
Andrew B. Medley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 984-212-1689
Executed On: January 22, 2026

### ORDER OF THE COURT

Considered and ordered this __23__ day of __January__, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge